


1  ALICIA A.G. LIMTIACO
   United States Attorney
2  STEPHEN F. LEON GUERRERO
   Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
4  Hagatna, Guam  96910
   PHONE:  (671) 472-7332
5  FAX:  (671) 472-7215

6  Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ONE (1) U.S. PRIORITY MAIL PACKAGE BEARING THE PRINTED ADDRESS OF DARLENE REYES, P.O. BOX 7488, AGAT, GU 96928 | MAGISTRATE CASE NO. 13-00074<br><br>**UNITED STATES' MOTION FOR EXTENSION OF SEALING ORDER AND POSTPONEMENT OF SERVICE OF NOTICE OF SEARCH**<br><br>[FILED UNDER SEAL] |

Now comes the United States of America, by and through undersigned counsel, and does hereby move this Court for an Order sealing the above-caption search warrant and supporting documents, and further delaying notification to the affected party of the existence of the search for an additional ninety (90) days, and does state as follows:

PRELIMINARY STATEMENT

This Court issued the above-referenced search warrant on June 4, 2013, permitting the search of One (1) U.S. Priority mail package bearing the printed address of Darlene Reyes, P.O. Box 7488, Agat, GU 96928. The Court also ordered that the search warrant and supporting documents be sealed and notice of the search and service of the inventory be delayed for a period not to exceed thirty (30) days, finding that immediate notification may have an adverse result as set forth in 18 U.S.C. § 3103a and authorizing the officer executing the warrant to delay notice to the person who or whose property, was the subject of the search or seizure.

## FACTS IN SUPPORT OF CONTINUED SEALING

1. On or about June 4, 2013, federal agents executed the search warrant herein on the DARLENE REYES package and upon execution, 3 pounds of a substance that field tested positive for the presence of methamphetamine was discovered from said package.

2. That the addressee on the above package appears to be a fictitious name and the investigation to date has revealed that no one who resides at this address is named as such, and additional investigation is needed to discover the identities of the intended recipient(s) and sender(s) of the package.

3. That additional investigation and time are necessary to explore the scope of the drug trafficking conspiracy into Guam and to identify other members of said conspiracy. Additional investigation is also necessary to identify if additional crimes are being committed, such as, but not limited to, money laundering and structuring.

4. Premature disclosure will likely cause flight from prosecution and will otherwise seriously jeopardize the ongoing investigation into the matter.

WHEREFORE, the United States of America respectfully requests that, for the reasons set forth herein, and pursuant to Rule 41(f)(3) of the Federal Rules of Criminal Procedure, and 18 U.S.C. Sections 3103a(b) and 2705(a)(1)(A) and (a)(2)(B) and (E), and (a)(4) and that good cause exists to further extend the sealing of the search warrant and supporting documents, and the delay in notification of the execution of the warrant and service of inventory, for ninety (90) days, or until September 14, 2013.

RESPECTFULLY SUBMITTED this 14th day of June, 2013.

ALICIA A.G. LIMTIACO
United States Attorney
Districts of Guam and the NMI

By: _____
STEPHEN F. LEON GUERRERO
Assistant U.S. Attorney