

# UNITED STATES DISTRICT COURT
### for the
### District of Guam

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>One (1) U.S. Priority Mail Package Bearing the Printed Address of Darlene Reyes, P.O. Box 7488, Agat, GU 96928 (See Attachment A) | ) ) ) Case No. **13-00074**<br>)<br>)<br>) |

**FILED DISTRICT COURT OF GUAM JUN 21 2013 JEANNE G. QUINATA CLERK OF COURT**

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ____Guam____
*(identify the person or describe the property to be searched and give its location):*
One (1) U.S. Priority Mail Package bearing the printed address of Darlene Reyes, P.O. Box 7488, Agat, GU 96928. Property is further described in Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
Controlled substanced held in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846. Items of personal property tending to identify the person(s) ownership and control of the package which is subject to this warrant. Proceeds from the sale of controlled substances.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ____June 18, 2013____
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.    ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Joaquin V.E. Manibusan, Jr._____.
        *(name)*

☑ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 3103a(except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☑ for ___30___ days *(not to exceed 30).*
        ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 6/4/2013   1:40 P.M    *[signature]*
                                                                                                *Judge's signature*

City and state: Hagatna, Guam          JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
                                                                                                 *Printed name and title*

ORIGINAL

| Return | | |
|---|---|---|
| Case No.: MJ-13-00074 | Date and time warrant executed: 6/4/2013 3:20pm | Copy of warrant and inventory left with: DELAY USB |
| Inventory made in the presence of: J. PALACIOS, GCQA. | | |
| Inventory of the property taken and name of any person(s) seized: | | |

PACKAGE FURTHER CONTAINED:

- TOWEL

- T-SHIRTS.

- 3 BUNDLES WRAPPED IN BLACK PAPER, PLASTIC, LOTION TOTALLING APPROX 3 POUNDS.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/21/2013

Executing officer's signature

J HUTCHISON. USPI
*Printed name and title*

Returned before me on June 21, 2013 at 9:49 a.m.

ATTACHMENT A

One (1) U.S. Priority Mail package is further described as a package bearing $79.30 for postage, identified by USPS tracking number EH 932589781 US, and addressed as follows:

FROM:
BERNIE BLAS
3950 STEINBECK DR.
LAS VEGAS, NV 89115

TO:
DARLENE REYES
P.O. BOX 7488
AGAT, GU 96928

The DARLENE REYES Package weighs approximately 8.65 pounds and measures approximately 12" x 12" x 6."

EXHIBIT 1

